# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROBERT SILVIS, | CASE NO. 1:07-cv-00332-LJO-GSA PC |
| Plaintiff, | ORDER DISMISSING DEFENDANT SACHS FROM ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | (Doc. 13) |
| Defendants. | |

On May 5, 2008, Plaintiff John Robert Silvis notified the Court of his voluntary dismissal of Defendant Sachs from this action. (Doc. 13.) Pursuant to Plaintiff's notice, Defendant Sachs is HEREBY DISMISSED. Fed. R. Civ. P. 41(a).

IT IS SO ORDERED.

Dated:   May 8, 2008                               /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE