# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROBERT SILVIS, | CASE NO. 1:07-cv-00332-LJO-GSA PC |
| Plaintiff, | ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | (Doc. 8) |

Plaintiff John Robert Silvis ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The Court has screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915(e)(2)(B), and founds that it states cognizable claims for relief under section 1983 against Defendants Davis, Smith, Perry, Rees, Weed, and Pappenfus for violation of the Eighth Amendment arising out of Plaintiff's medical care while incarcerated. Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, pursuant to the Court's order filed on April 4, 2008, and Plaintiff's notice of clarification regarding Defendants Pappenfus and Sachs filed on May 5, 2008, it is HEREBY ORDERED that:[1]

    1.    Service is appropriate for the following defendants:

        DR. R. DAVIS

        DR. SMITH

---

[1] Defendant Sachs was dismissed pursuant to Plaintiff's notice of voluntary dismissal. (Doc. 13.)

|   |   |   |
|---|---|---|
| 1 |   | DR. DENIS M. PERRY |
| 2 |   | DR. BRIAN M. REES |
| 3 |   | DR. WEED |
| 4 |   | DR. PAPPENFUS |

2. The Clerk of the Court shall send plaintiff six (6) USM-285 forms, six (6) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed June 25, 2007.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Seven (7) copies of the endorsed amended complaint filed June 25, 2007.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated:   **May 8, 2008**          /s/ **Gary S. Austin**
                                 UNITED STATES MAGISTRATE JUDGE