# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOHN ROBERT SILVIS,

          Plaintiff,

   v.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

         Defendants.

_____/

CASE NO. 1:07-cv-00332-LJO-GSA PC

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS, AND DENYING
DEFENDANT WEED'S MOTION TO
DISMISS

(Docs. 27 and 35)

Plaintiff John Robert Silvis is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On October 9, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within fifteen days. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendations, filed October 9, 2008, is adopted in full; and

2.    Defendant Weed's motion to dismiss for failure to exhaust and failure to state a claim, filed September 2, 2008, is DENIED, with prejudice.

IT IS SO ORDERED.

Dated:   __November 13, 2008__         __/s/ Lawrence J. O'Neill__
                                    UNITED STATES DISTRICT JUDGE