# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROBERT SILVIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00332-LJO-GSA PC<br><br>ORDER GRANTING HAROLD R. SMITH'S MOTION TO DISMISS, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE TO ADDRESS SERVICE AS TO DENNIS SMITH<br><br>(Doc. 36)<br><br>ORDER DIRECTING CLERK'S OFFICE TO MAKE DOCKET ADJUSTMENTS |

　　　Plaintiff John Robert Silvis ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's amended complaint, filed June 25, 2007, against Defendants Davis, Smith, Perry, Rees, Weed, and Pappenfus for violation of the Eighth Amendment arising out of Plaintiff's medical care during his incarceration. On October 9, 2008, Harold R. Smith filed a motion to dismiss on the ground that he was served in error and the amended complaint identifies Dennis Smith as the defendant. Fed. R. Civ. P. 12. Plaintiff did not file a response to the motion. Local Rule 78-230(m).

　　　Plaintiff's amended complaint clearly identifies Dennis Smith as the defendant in question. (Doc. 8, court record pp. 8 & 9.) Due to error, Harold R. Smith was incorrectly identified in the service documents as the defendant. The amended complaint does not state any claims against Harold R. Smith and his motion to dismiss shall be granted.

///

Accordingly, it is HEREBY ORDERED that:

1. Harold R. Smith's motion to dismiss, filed October 9, 2008, is GRANTED;
2. The Clerk's Office SHALL adjust the docket to reflect that Dr. Smith is Dr. Dennis Smith and shall terminate Aldon Louis Bolanos as attorney of record for Smith; and
3. This matter is referred back to the Magistrate Judge to address service concerning Defendant Dennis Smith.

IT IS SO ORDERED.

**Dated:     November 13, 2008**              /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE