# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOHN ROBERT SILVIS,

                 Plaintiff,

   v.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

                 Defendants.

_____/

CASE NO. 1:07-cv-00332-LJO-GSA PC

ORDER EXTENDING APPLICATION OF
DISCOVERY AND SCHEDULING ORDER
TO DEFENDANT PERRY

(Docs. 28 and 40)

| Deadline to Amend Pleadings - | 02/27/2009 |
|---|---|
| Discovery Cut-Off Date - | 04/27/2009 |
| Dispositive Motion Deadline - | 06/29/2009 |

     Defendant Perry filed an answer to Plaintiff's amended complaint on November 3, 2008.

Accordingly, application of the discovery and scheduling order filed on September 3, 2008, is

extended to Defendant Perry.


    IT IS SO ORDERED.

 **Dated:**   **November 13, 2008**         _____
                                      **/s/ Gary S. Austin**
                               UNITED STATES MAGISTRATE JUDGE