# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROBERT SILVIS, | CASE NO. 1:07-cv-00332-LJO-GSA PC |
| Plaintiff, | ORDER DENYING MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM, WITHOUT PREJUDICE, AS PREMATURE |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | (Doc. 48) |
| Defendants. / | |

Plaintiff John Robert Silvis ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 17, 2008, Plaintiff filed a motion seeking the issuance of a subpoena duces tecum commanding the California Department of Corrections and Rehabilitation ("CDCR") to produce his central file and medical file.

Subject to certain requirements, Plaintiff is entitled to the issuance of a subpoena commanding the production of documents from non-parties, and to service of the subpoena by the United States Marshal. Fed. R. Civ. P. 45; 28 U.S.C. 1915(d). However, the Court will consider granting such a request *only if* the documents sought from the non-party are not equally available to Plaintiff and are not obtainable from Defendants through a request for production of documents. Fed. R. Civ. P. 34. If Plaintiff wishes to make a request for the issuance of a records subpoena, he may file a motion requesting the issuance of a subpoena duces tecum that (1) identifies with specificity the documents sought and from whom, and (2) makes a showing in the motion that the records are only obtainable through that third party.

1   Plaintiff is no longer in CDCR's custody and states that he has been unable to obtain copies
2   of his file from the custodian of records, despite offering to pay photocopying costs. However,
3   Plaintiff has made no showing that he has attempted to secure the documents through a discovery
4   request served on Defendants.[1]

5   Accordingly, Plaintiff's motion is HEREBY DENIED, without prejudice, as premature.

8   IT IS SO ORDERED.

9   Dated:   **December 19, 2008**             /s/ **Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is unable to determine at this juncture whether Defendants have care, custody, and control over the records sought. Fed. R. Civ. P. 34(a). If they do not, they may object on that basis. However, it appears from the nature of the records that Defendants may obtain them at some point during the litigation, for use in support of a motion for summary judgment or at trial. Plaintiff's request for the production of documents will preserve his right to have those documents produced if Defendants come into possession of them during the course of their defense of this action. Fed. R. Civ. P. 26(e) The Court is hopeful that access to these documents can be resolved between the parties via a request for the production of documents and without the need for a third-party subpoena.