# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROBERT SILVIS, | CASE NO. 1:07-cv-00332-LJO-GSA PC |
| Plaintiff, | ORDER DENYING MOTION AS MOOT |
| v. | (Doc. 47) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. / | |

Plaintiff John Robert Silvis ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On November 25, 2008, Plaintiff filed a motion seeking the issuance of two summonses and two USM-285 forms for Defendants Davis and Pappenfus based on Plaintiff's discovery of what he believes are Defendants' current addresses.

In a separate order issued concurrently with this order, the Court directed the United States Marshal to initiate service of process on Defendants Smith, Davis, and Pappenfus by contacting the Legal Affairs Division of the California Department of Corrections and Rehabilitation.  At this juncture, there is no need for Plaintiff to submit any service documents and if it becomes necessary for Plaintiff to submit further information, he will be notified via order.

Accordingly, Plaintiff's motion is HEREBY DENIED AS MOOT.

IT IS SO ORDERED.

Dated:   **January 22, 2009**            **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE

1