# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROBERT SILVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00332-LJO-GSA PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING DEFENDANT PAPPENFUS'S MOTION TO DISMISS, AND DENYING PLAINTIFF'S MOTION TO AMEND<br><br>(Docs. 58, 59, and 64)<br><br>ORDER REQUIRING DEFENDANT PAPPENFUS TO FILE A RESPONSE TO THE AMENDED COMPLAINT WITHIN THIRTY DAYS |

Plaintiff John Robert Silvis is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 26, 2009, the Magistrate Judge filed a Findings and Recommendations recommending Defendant Pappenfus's Motion to Dismiss be denied, and Plaintiff's Motion to Amend be denied. The objection period was fifteen days, and no party objected.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 26, 2009, is adopted in full;
2. Defendant Pappenfus's motion to dismiss for failure to state a claim, filed February 12, 2009, is DENIED, with prejudice;
3. Plaintiff's motion to amend, filed February 26, 2009, is DENIED; and
4. Defendant Pappenfus shall file a response to Plaintiff's amended complaint within thirty days from the date of service of this order.

IT IS SO ORDERED.

**Dated:   April 30, 2009**                    /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE