# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOHN ROBERT SILVIS,                         1:07-cv-00332-LJO-GSA-PC

    Plaintiff,          ORDER REQUIRING PLAINTIFF TO FILE
         OPPOSITION OR NON-OPPOSITION TO
  v.                              MOTION FOR SUMMARY JUDGMENT
         FILED BY DEFENDANTS PERRY AND
CALIFORNIA DEPARTMENT OF                    REES, WITHIN THIRTY DAYS
CORRECTIONS, et al.,
         (Doc. 76.)

    Defendants.
_____/

   On July 26, 2010, defendants Denis M. Perry, J.D., and Brian M. Rees, M.D. filed a motion for summary judgment. (Doc. 76.) Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so. Local Rule 230(l).

   Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff must file an opposition or a statement of non-opposition to the motion for summary judgment filed by defendants Perry and Rees. If Plaintiff fails to comply with this order, this action will be dismissed, with prejudice, for failure to obey the Court's order and failure to prosecute.

  IT IS SO ORDERED.

 **Dated: September 2, 2010**    _____ **/s/ Gary S. Austin** _____
            UNITED STATES MAGISTRATE JUDGE