# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROBERT SILVIS, | 1:07-cv-00332-LJO-GSA-PC |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S MOTION, WITH LEAVE TO RE-SUBMIT THE MOTION WITHIN THIRTY DAYS |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | (Doc. 91.) |
| Defendants. | |

John Robert Silvis ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. On September 17, 2010, Plaintiff filed a Motion for leave to file a Response to Defendants Davis, Pappenfus, Weed and Smith's Reply to Plaintiff's Opposition to Defendants' Motion for summary judgment. (Doc. 91.)

Plaintiff's Motion is incomplete on the Court's record. The Court's copy of the Motion consists of only the first page (Page 1 of 5) of the Motion, with attachments that appear unrelated to the Motion. Plaintiff shall be granted thirty days in which to re-submit the entire Motion for the Court's consideration, if he so wishes.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for leave to file a Response to Defendants Davis, Pappenfus, Weed and Smith's Reply to Plaintiff's Opposition to Defendants' Motion for summary judgment, filed on September 17, 2010, is STRICKEN from the Court's record; and

2. Plaintiff is granted leave to re-file the Motion within thirty days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **September 26, 2010**                    /s/ **Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE