IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROBERT SILVIS, | 1:07-cv-00332-LJO-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 103.) |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ORDER GRANTING DEFENDANTS PERRY'S AND REES' MOTION FOR SUMMARY JUDGMENT |
| Defendants. | (Doc. 76.) |

John Robert Silvis ("plaintiff") is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 18, 2011, Findings and Recommendations were entered, recommending that Defendants Perry's and Rees' Motion for Summary Judgment, filed on July 26, 2010, be granted. (Doc. 103.) On March 17, 2011, Plaintiff filed Objections to the Findings and Recommendations. (Doc. 105.)                                                                                                                  .

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on February 18, 2011, are ADOPTED in full;
2. Defendants Perry's and Rees' Motion for Summary Judgment, filed on July 26, 2010, is GRANTED;
3. This case now PROCEEDS only against Defendants Davis, Pappenfus, Weed, and Smith; and
4. The Clerk is DIRECTED to reflect on the Court's docket that defendants Perry and Rees are terminated from this case.

IT IS SO ORDERED.

**Dated:   March 22, 2011**                     **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE

2